IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NADYNE TIMBERLAKE,** | : | Civil Action |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **TARGET CORP.,** | : | No. 11-3051 |
| *Defendant.* | : | |
| | : | |

### ORDER

**AND NOW**, this 25th day of April, 2012, upon consideration of Defendant Target Corporation's Motion for Summary Judgment (Docket No. 10) and Plaintiff Nadyne Timberlake's opposition thereto (Docket No. 14), and following oral argument on April 9, 2012, it is hereby **ORDERED** that Defendant Target Corporation's Motion is **DENIED**. The Clerk of Court shall schedule an Arbitration Hearing in this matter.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
U.S. DISTRICT JUDGE